## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00103-RBJ

DORENE MORENO,

    Plaintiff,

v.

CENTURYLINK, INC.,

    Defendant.

_____

### ORDER GRANTING UNOPPOSED MOTION TO AMEND CAPTION
_____

UPON Plaintiff's Unopposed Motion to Amend Caption, the Court, being fully advised in the premises and for good cause shown, hereby ORDERS:

The Motion is GRANTED. The Caption shall be amended to name Qwest Corporation as the Defendant.

DATED this 5th day of April, 2013.

BY THE COURT:

*[signature]*

_____
R. Brooke Jackson
United States District Judge