IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00103-RM-MEH

DORENE MORENO,

    Plaintiff,

v.

QWEST CORPORATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 24, 2013.**

    Plaintiff's Unopposed Motion for Protective Order [filed April 22, 2013; docket #19] is **denied without prejudice** for the following reasons.

    First, the last sentence of paragraph 7 of the proposed order is inconsistent with the requirements set forth in Fed. R. Evid. 502. Second, paragraph 11 contains contrary language in giving the designating party an *additional* five days from the fifth day after which the parties fail to resolve an objection within which to file a motion, then states that a document will forever lose its confidential designation if the designating party does not file a motion within five days from the date of the *original* objection. Finally, the Court declines to retain continuing jurisdiction after the termination of the action, as set forth in paragraph 13.

    The parties are permitted to re-file the motion together with a proposed order that conforms to this order. If they choose to re-file the motion, the parties are directed to provide this Court with a copy of the proposed order in Word or Word Perfect format.