IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00103-RM-MEH

DORENE MORENO,

    Plaintiff,

v.

QWEST CORPORATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 6, 2013.**

    Plaintiff's Unopposed Motion to Vacate and Re-Set Status Conference [filed June 4, 2013; docket #30] is **granted**. The Status Conference set in this case for June 12, 2013, is hereby **vacated** and **reset** for **June 14, 2013**, at **9:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.